# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re Ditech Financial, LLC., Et al,* <br> *Debtors* | Chapter 11 <br> Case No. 19-10412 (JLG) <br><br> ADVERSARY CASE NO. 19-01296 |
| Angela Ellison, Plaintiff and Co-Owner <br> Kenneth Ellison, Plaintiff and Creditor, <br><br> *In Pro Se* Plaintiffs <br> v. <br> *Ditech Financial, LLC, Defendants* | |

## ~~MOTION~~ FOR ENTRY OF DEFAULT BY CLERK

Angela Ellison and Kenneth Ellison Plaintiffs, moves this Court for entry of a default against the Defendant Ditech Financial, LLC and would show:

I. Service was made by summons in accordance with Federal Rule of Bankruptcy Procedure 7004 on the Defendant by serving, Sunny Singh at Weil, Gotshal, & Manges, LLP via fax and at the usual place of business, and by serving notice to Defendant's foreclosure firm Robertson Anschultz, Vetters via fax and email at the usual place of business.

II. No extension of time was sought by the Defendant.

III. Defendant have failed to file a responsive pleading or motion to the Complaint.

IV. Wherefore, Plaintiffs seeks a default against the Defendant as a result of the failure to respond.

DATED: August 13, 2019.

*Angela Ellison*
Angela Ellison- Co-Owner, Plaintiff

*Kenneth Ellison*
Kenneth Ellison, Plaintiff, Creditor

4800 Hideout Trail
Arlington, Texas 76016
Ph: 817-516-0102
Email: angela_ellison@aol.com
Email: kwells58@aol.com

## PROOF OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission or U.S. Mail on  Sept 13  2019, to: Sunny Singh at Weil, Gotshal, & Manges, LLP, 767 Fifth Avenue New York, NY 10153.

**Reference[1]**

---

[1] Defendant, Ditech Financial LLC, *In re Ditech Financial, LLC., Et al*